1
2
3
4
5
6
7
8  UNITED STATES DISTRICT COURT
9  EASTERN DISTRICT OF CALIFORNIA
10
11 | NOBLE GERONIMO MUSA BEY,            No.  2:19-cv-2113-TLN-DB
12 |        Plaintiff,
13 |    v.                               ORDER
14 | JESSE SAUCEDO, et al.,
15 |        Defendants.
16

17    Plaintiff Noble Geronimo Musa Bey ("Plaintiff") is proceeding *pro se* in the above-
18 entitled action.  The matter was referred to a United States Magistrate Judge pursuant to 28
19 U.S.C. § 636(b)(1)(B) and Local Rule 302.
20    On April 2, 2020, the magistrate judge filed findings and recommendations which were
21 served on all parties and which contained notice to all parties that any objections to the findings
22 and recommendations were to be filed within thirty days.  (ECF No. 3.)  Plaintiff has filed
23 objections to the Findings and Recommendations.  (ECF No. 4.)
24    This Court reviews *de novo* those portions of the proposed findings of fact to which
25 objection has been made.  28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v. Commodore*
26 *Business Machines*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982).  As
27 to any portion of the proposed findings of fact to which no objection has been made, the Court
28 assumes its correctness and decides the motions on the applicable law.  *See Orand v. United*

*States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.  *See Britt v. Simi Valley Unified Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the entire file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1.  The Findings and Recommendations filed April 2, 2020 (ECF No. 3) are adopted in full;

   2.  Plaintiff's October 18, 2019 application to proceed *in forma pauperis* (ECF No. 2) is DENIED;

   3.  Plaintiff's October 18, 2019 Complaint (ECF No. 1) is DISMISSED without leave to amend; and

   4.  The Clerk of the Court is Directed to close this case.

   IT IS SO ORDERED.

DATED: July 6, 2020

                  Troy L. Nunley
                  United States District Judge